W. B. HURLEY ET AL. V. RUFUS BIRDSELL.

(No. 1216, Op. Book No. 2, p. 475.)

ERROR from Erath County. Opinion by WALKER, R, S., P. J.

§ 1183. *Assignment of errors.* The appellate court will review only the errors which are assigned for revision, and assignments of error which are not presented in the brief of counsel for appellant, or plaintiff in error, will not be considered.

§ 1184. *Arrest of judgment; rules relating to.* The sufficiency of the petition, after verdict, must be tested by rules which exclude considerations of certainty and precision as to the form and mode of alleging the facts which are relied on to constitute the cause of action. The substance, the substantial merits of the cause of action, and not the exactness with which they are set forth in the petition, only will be considered; and if the petition is sufficient on general demurrer, the judgment will not be arrested. [Denison v. League, 16 Tex. 399.] And even defects which may be reached by general demurrer are sometimes cured by verdict, in which cases a motion to arrest the judgment will not prevail. The verdict or decree cures all defects, imperfections or omissions in the petition or statement of the cause of action, whether of substance or of form, if the issue joined be such as requires proof of the facts imperfectly stated or omitted;

though it will not cure or aid a statement of a defective title or cause of action. [De Witt v. Miller, 9 Tex. 239; Williams v. Warnell, 28 Tex. 610.]

October 29, 1881.                              Affirmed.